NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000706
27-MAR-2012
11:13 AM**

NO. CAAP-11-0000706


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


EMERSON M.F. JOU, M.D., Plaintiff-Appellant, v.
K. KENNETH SIU, an Individual, also known as KING-SAU KENNETH
SIU, Defendant-Appellee, and JOHN AND JANE DOES 1-10; DOE
PARTNERSHIPS, DOE CORPORATIONS, AND DOE ENTITIES 1-50, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-2758)


ORDER DENYING MARCH 20, 2012 HRAP RULE 40
MOTION FOR RECONSIDERATION OF MARCH 12, 2012
ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of (1) the March 12, 2012 order dismissing appellate court case number CAAP-11-0000706 for lack of jurisdiction, (2) Plaintiff-Appellant Emerson M.F. Jou, M.D.'s (Appellant Dr. Jou), March 20, 2012 motion to reconsider the March 12, 2012 dismissal order pursuant to Rule 40 of the Hawaiʻi Rules of Appellate Procedure, and (3) the record, it appears that we did not overlook or misapprehend any points of law or fact in

dismissing appellate court case number CAAP-11-0000706 for lack of jurisdiction.  Therefore,

IT IS HEREBY ORDERED that Appellant Dr. Jou's March 20, 2012 motion to reconsider the March 12, 2012 dismissal order is denied.

DATED:  Honolulu, Hawaiʻi, March 27, 2012.


Presiding Judge


Associate Judge


Associate Judge

2